IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BIOPOLYMERENGINEERING, INC.,     )
etc., et al.,                     )
                                  )
          Plaintiffs and          )
          Counterdefendants,      )
                                  )
     v.                           )     No.  07 C 4234
                                  )
BIORGIN,                          )
                                  )
          Defendant and           )
          Counterplaintiff.       )

<u>MEMORANDUM ORDER</u>

At the time of the April 11, 2008 status hearing in this
case this Court was regrettably unaware that on April 10 counsel
for defendant Biorigin (named in error in the Complaint as
"Biorgin") had caused a letter and a proposed Amended Answer,
Affirmative Defenses and Counterclaims to be delivered to this
Court's chambers.[1]  Accordingly no discussion of that response to
this Court's April 4, 2008 memorandum order took place during the
status hearing, most likely because Biorigin's counsel assumed
that this Court had seen the submission and had no comment to
make.

In any case, this is an instance of "no harm, no foul."
Biorigin is granted leave to file its proposed repleading, with
plaintiffs-counterdefendants being ordered to file their reply to

_____

[1]  That unawareness was certainly not the fault of
Biorigin's counsel--it was simply the product of an inadvertent
glitch in the submission's having failed to make its way into
this Court's in-box before the status hearing.

Biorigin's Counterclaims on or before May 1, 2008. As for

Biorigin's Sixth Affirmative Defense, which asserts a lack of

standing to sue on plaintiffs' part, the parties will be expected

to discuss an appropriate procedure for tendering that question

to this Court for decision at the earliest convenient date.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 14, 2008